UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 07 B 10891
    CRAIG L GRAMM
    JANET I GRAMM                          CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-8505    SSN XXX-XX-8970
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/19/07 and confirmed on 09/19/07.

2. The case was converted to Chapter 7 after confirmation, 10/14/2008.

3. The Debtor paid a total of $ 6480.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 2020.52 | .00 | 2020.52 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| ANES CONS OF MORRIS | UNSECURED | 128.05 | .00 | 1.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6209.61 | .00 | 90.69 |
| CAPITAL ONE BANK | UNSECURED | 695.79 | .00 | 10.17 |
| DEVRY INC | UNSECURED | 2306.98 | .00 | 33.70 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| B REAL LLC | UNSECURED | 912.64 | .00 | 13.32 |
| LEWIS UNIVERSITY | UNSECURED | 4135.00 | .00 | 60.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 444.68 | .00 | 6.49 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 70122.40 | .00 | 1024.06 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 187.56 | .00 | 2.75 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2020.52 | .00 | 85142.71 | .00 | 87163.23 |
| PRINCIPAL PAID | 2020.52 | .00 | 1243.43 | .00 | 3263.95 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2020.52 | .00 | 1243.43 | .00 | 3263.95 |

The Debtor's attorney, JOHN A REED                  , was allowed $ 3500.00 and was paid $     626.00   direct and $   2874.00  through the plan.

The Trustee received $    342.05 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.


Dated: 01/22/09                            /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
     CASE NO. 07 B 10891 CRAIG L GRAMM & JANET I GRAMM